BRIAN BOYNTON
Principal Deputy Assistant Attorney General
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
FRANK D. KORTUM, AUSA
Civil Fraud Section
California State Bar No. 110984
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841   Fax: (213) 894-7819
    Email: frank.kortum@usdoj.gov
JAMIE ANN YAVELBERG
PATRICK KLEIN
LAURA E. HILL
Attorneys, Civil Division
United States Department of Justice
Civil Division, Commercial Litigation Branch
175 N Street, NE, 9th Floor
Washington, DC 20002
    Tel: (202) 598-3962
    Email: laura.e.hill@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
1/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____NP_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>        Plaintiff[s],<br><br>        v.<br><br>[UNDER SEAL],<br><br>        Defendant[s]. | No. 2:22-cv-08552-KK-MRWx<br><br>NOTICE OF THE UNITED STATES' ELECTION TO DECLINE TO INTERVENE AND REQUEST TO UNSEAL COMPLAINT; STIPULATION REGARDING SEALING AND DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

```
 1  BRIAN BOYNTON
    Principal Deputy Assistant Attorney General
 2  E. MARTIN ESTRADA
    United States Attorney
 3  DAVID M. HARRIS, AUSA
    Chief, Civil Division
 4  ROSS M. CUFF, AUSA
    Chief, Civil Fraud Section
 5  FRANK D. KORTUM, AUSA
    Civil Fraud Section
 6  California State Bar No. 110984
         Room 7516, Federal Building
 7       300 N. Los Angeles Street
         Los Angeles, California 90012
 8       Tel: (213) 894-6841   Fax: (213) 894-7819
         Email: frank.kortum@usdoj.gov
 9
    JAMIE ANN YAVELBERG
10  PATRICK KLEIN
    LAURA E. HILL
11  Attorneys, Civil Division
    United States Department of Justice
12  Civil Division, Commercial Litigation Branch
    175 N Street, NE, 9th Floor
13  Washington, DC 20002
    Tel: (202) 598-3962
14  Email: laura.e.hill@usdoj.gov

15  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* OXNARD CHALLENGER LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PTI TECHNOLOGIES INC., VACCO INDUSTRIES, and ESCO TECHNOLOGIES INC.,<br><br>Defendants. | No. 2:22-cv-08552-PA-MRWx<br><br>NOTICE OF THE UNITED STATES' ELECTION TO DECLINE TO INTERVENE AND REQUEST TO UNSEAL COMPLAINT; STIPULATION REGARDING SEALING AND DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") hereby (A) notifies the Court of its decision not to intervene in the above-captioned action ("this action"); and (B) requests that the Court unseal (1) the Complaint filed by Relator Oxnard Challenger LLC (the "Relator"); (2) this Notice, and (3) the Proposed Order lodged concurrently herewith.  Relator does not oppose the United States' request to unseal the Complaint, this Notice, and the attached Proposed Order.

In addition, pursuant to the stipulation set forth below, the United States and Relator request that the Court

1. maintain the seal over all papers on file relating to the United States' stipulated applications for extensions of the intervention deadline and seal in this action; and

2. dismiss this action without prejudice.

A Proposed Order accompanies this Notice.

Respectfully submitted,

Dated:  January 14, 2025

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JAMIE ANN YAVELBERG
PATRICK KLEIN
LAURA E. HILL

*/s/ Frank Kortum*

FRANK D. KORTUM
Assistant United States Attorney

Attorneys for the United States of America

# **STIPULATION *RE* CONTINUED SEALING OF CERTAIN DOCUMENTS AND DISMISSAL WITHOUT PREJUDICE**

The United States and Relator Oxnard Challenger LLC ("Relator") hereby stipulate and request that the Court

1. lift the sealing requirement as to any papers that may be filed after the date of the Order approving this stipulation;
2. maintain the seal over all papers on file relating to the United States' stipulated applications for extensions of the intervention deadline and seal in this action; and
3. dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This stipulation is made on the following grounds:

1. The United States' stipulated applications for extensions of the intervention deadline and seal in this action should remain sealed because
    a. the applications are entitled to protection under the attorney work product doctrine because they were prepared in anticipation of litigation;
    b. the applications discussed the content and extent of the United States' investigation, and as such were provided to the Court alone pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for the sole purpose of evaluating whether the seal and time for making an election regarding intervention should be extended; and
    c. the applications are not required to be made available for public access because they concern matters of scheduling that are only tangentially related to the merits of the case.
2. Now that the United States has completed its investigation there is no further need for any papers to be sealed that are filed after the Court issues an order approving

this stipulation.

3. In the interests of justice, the United States, through the undersigned attorneys, agrees that under the circumstances this action should be dismissed without prejudice.

                                                Respectfully submitted,

Dated: January 14, 2025

BRIAN M. BOYNTON
Acting Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
JAMIE ANN YAVELBERG
PATRICK KLEIN
LAURA E. HILL

*/s/ Frank Kortum*

FRANK D. KORTUM
Assistant United States Attorney
Attorneys for the United States of America

Dated: January 14, 2025

SEEGER WEISS LLP

*/s/ Stephen A. Weiss*

STEPHEN A. WEISS
Attorney for Relator

3

## DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE

I, FRANK D. KORTUM, declare:

1. I am an Assistant United States Attorney who has been assigned responsibility for handling the above-captioned action. I am a member of the Bar of the State of California, and I have been duly admitted to appear before this Court. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

(a) Service: When Required.

    (1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:

        (A) an order stating that service is required;

        (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;

        (C) a discovery paper required to be served on a party, unless the court orders otherwise;

        (D) a written motion, except one that may be heard ex parte; and

        (E) a written notice, appearance, demand, or offer of judgment, or any similar paper.

    (2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.

    (3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

4

3. The list of documents set forth in Rule 5(a)(1) does not include the document to which this Declaration is attached. The said document also is not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear." (Rule 5(a)(2).) Nor was the above-captioned action "begun by seizing property." (Rule 5(a)(3).) Therefore, I believe that Rule 5(a) does not require the document to which this Declaration is attached to be served upon any party that has appeared in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2025, at Los Angeles, California.

_____
FRANK D. KORTUM

5