BRIAN BOYNTON
Principal Deputy Assistant Attorney General
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
FRANK D. KORTUM, AUSA
Civil Fraud Section
California State Bar No. 110984
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841   Fax: (213) 894-7819
    Email: frank.kortum@usdoj.gov
JAMIE ANN YAVELBERG
PATRICK KLEIN
LAURA E. HILL
Attorneys, Civil Division
United States Department of Justice
Civil Division, Commercial Litigation Branch
175 N Street, NE, 9th Floor
Washington, DC 20002
    Tel: (202) 598-3962
    Email: laura.e.hill@usdoj.gov

Attorneys for the United States of America

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

1/16/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____NP_____ DEPUTY

CORRECTED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. 2:22-cv-08552-KK-MRWx<br><br>ORDER RE NOTICE OF THE UNITED STATES' ELECTION TO DECLINE TO INTERVENE AND REQUEST TO UNSEAL COMPLAINT; STIPULATION REGARDING SEALING AND DISMISSAL OF ACTION WITHOUT PREJUDICE<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF THE UNITED STATES' ELECTION TO DECLINE TO INTERVENE AND REQUEST TO UNSEAL COMPLAINT; STIPULATION REGARDING SEALING AND DISMISSAL OF ACTION WITHOUT PREJUDICE] |

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
FRANK D. KORTUM, AUSA
Civil Fraud Section
California State Bar No. 110984
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-6841   Fax: (213) 894-7819
    Email: frank.kortum@usdoj.gov
JAMIE ANN YAVELBERG
PATRICK KLEIN
LAURA E. HILL
Attorneys, Civil Division
United States Department of Justice
Civil Division, Commercial Litigation Branch
175 N Street, NE, 9th Floor
Washington, DC 20002
    Tel: (202) 598-3962
    Email: laura.e.hill@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* OXNARD CHALLENGER LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>PTI TECHNOLOGIES INC., VACCO INDUSTRIES, and ESCO TECHNOLOGIES INC.,<br><br>    Defendants. | No. 2:22-cv-08552-KK-MRWx<br><br>ORDER RE NOTICE OF THE UNITED STATES' ELECTION TO DECLINE TO INTERVENE AND REQUEST TO UNSEAL COMPLAINT; STIPULATION REGARDING SEALING AND DISMISSAL OF ACTION WITHOUT PREJUDICE]<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL:  NOTICE OF THE UNITED STATES' ELECTION TO DECLINE TO INTERVENE AND REQUEST TO UNSEAL COMPLAINT; STIPULATION REGARDING SEALING AND DISMISSAL OF ACTION WITHOUT PREJUDICE] |

The United States of America (the "United States) having declined to intervene in the above-captioned action ("this action") pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the United States and *qui tam* plaintiff Oxnard Challenger LLC ( "Relator") having stipulated to the unsealing of certain documents and to the dismissal of all defendants without prejudice, the Court now orders as follows:

IT IS ORDERED that:

1. Relator's Complaint, the Notice of Election of the United States to Decline to Intervene, and the Order on Notice of Election of the United States to Decline to Intervene, are unsealed.

2. All other papers filed or lodged in this action shall remain under seal.

3. The seal shall be lifted on all matters occurring in this action, including all papers and records filed or lodged in this action, after the date of this Order; and

4. This action is dismissed without prejudice as to all defendants.

IT IS SO ORDERED.

Dated: January 16, 2025

HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

1

DECLARATION RE LACK OF NECESSITY FOR PROOF OF SERVICE

I, FRANK D. KORTUM, declare:

1. I am an Assistant United States Attorney who has been assigned responsibility for handling the above-captioned action. I am a member of the Bar of the State of California, and I have been duly admitted to appear before this Court. The following is based on my personal knowledge.

2. I have examined Federal Rule of Civil Procedure ("Rule") 5(a), which provides as follows:

> (a) Service: When Required.
>
> (1) In General. Unless these rules provide otherwise, each of the following papers must be served on every party:
>
> (A) an order stating that service is required;
>
> (B) a pleading filed after the original complaint, unless the court orders otherwise under Rule 5(c) because there are numerous defendants;
>
> (C) a discovery paper required to be served on a party, unless the court orders otherwise;
>
> (D) a written motion, except one that may be heard ex parte; and
>
> (E) a written notice, appearance, demand, or offer of judgment, or any similar paper.
>
> (2) If a Party Fails to Appear. No service is required on a party who is in default for failing to appear. But a pleading that asserts a new claim for relief against such a party must be served on that party under Rule 4.
>
> (3) Seizing Property. If an action is begun by seizing property and no person is or need be named as a defendant, any service required before the filing of an appearance, answer, or claim must be made on the person who had custody or possession of the property when it was seized.

3. The list of documents set forth in Rule 5(a)(1) does not include the

document to which this Declaration is attached.  The said document also is not a pleading that asserts "a new claim for relief" against any "party who is in default for failing to appear."  (Rule 5(a)(2).)  Nor was the above-captioned action "begun by seizing property."  (Rule 5(a)(3).)  Therefore, I believe that Rule 5(a) does not require the document to which this Declaration is attached to be served upon any party that has appeared in the above-captioned action.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on January 14, 2025, at Los Angeles, California.

*Frank Kortum*

FRANK D. KORTUM

3